UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>BARBARA C., EDUCATIONAL RIGHTS HOLDER ON BEHALF OF Q.G.,<br><br>    Defendant. | Case No. 14-cv-00268-WHO<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

This case came before the Court on January 16, 2014. Dkt. No. 4. The plaintiff states in its Complaint that the defendant previously filed a case in the United States District Court for the Northern District of California "stating similar claims" as the ones here, referring to *G.F. v. Contra Costa County*, No. 13-cv-3667, currently before the Honorable Maria-Elena James.

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that this case be referred to Judge James to consider whether both cases are related.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
WILLIAM H. ORRICK
United States District Judge