SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
CHRISTINA J. RO-CONNOLLY (SBN 233423)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us
Christina.ro-connolly@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>BARBARA C., EDUCATIONAL RIGHTS HOLDER ON BEHALF OF Q.G.,<br><br>    Defendant. | No. C14-00268 MEJ<br>     C14-00269 MEJ<br>     C14-00270 MEJ<br>     (RELATED CASES)<br><br>STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIMS FILED BY BARBARA C., CICI C. AND GAIL F. |
| CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>CICI C., EDUCATIONAL RGHTS HOLDER ON BEHALF OF W.B.,<br>    Defendant. | Crtrm:  B, 15th Floor<br>Judge: Hon. Maria-Elena James, Presiding<br>Date Actions Filed:   January 16, 2014<br>Trial Date:    None assigned |
| CONTRA COSTA COUNTY,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL F., EDUCATION RIGHTS HOLDER ON BEHALF OF G.F.,<br>    Defendant | |

STIPULATION AND [PROPOSED] ORDER RE TIME TO RESPOND TO COUNTERCLAIMS -
Case Nos. C14-00268 MEJ, C14-00269 MEJ, C14-00270 MEJ                                                                                       1

Whereas, pursuant to stipulation and order, Plaintiff/Counterdefendant CONTRA COSTA COUNTY (the "County") has until January 16, 2015 to file a) its response to the counterclaim filed by Defendant/Counterclaimant Barbara C. ("Barbara C.") in the action captioned *Contra Costa County v. Barbara C.,* Civil Case No. C14-00268 MEJ, b) its response to the counterclaim filed by Defendant/Counterclaimant CiCi C. ("CiCi C.") in the action captioned *Contra Costa County v. CiCi C.,* Civil Case No. C14-00269 MEJ, and c) its response to the counterclaim filed by Defendant/Counterclaimant Gail F. ("Gail F.") in the action captioned *Contra Costa County v. Gail F.,* Civil Case No. C14-00270 MEJ, and

Whereas the County, Barbara C., CiCi C. and Gail F. (collectively the "parties") believe that it is in their interests and in the interests of judicial economy to further defer the date of the County's responses to the counterclaims, pending the Court's order on the County's Motion to Dismiss the First Amended Complaint in the related action of *G.F. et al. v. Contra Costa County*, U.S. Northern District of California Case No. C13-3667 MEJ, submitted on March 26, 2014,

Therefore, the parties hereby stipulate, by and through their counsel, as follows:

1.     The County shall have up to and including April 16, 2015 to file its responses to the Counterclaims filed by Barbara C., CiCi C. and Gail F. in these related actions.

DATE: January 6, 2015                    DISABILITY RIGHTS ADVOCATES


By: _____/s/_____
      KARA JANSSEN
      Attorneys for Defendants/Counterclaimants
      BARBARA C., CICI C. and GAIL F.

DATE: January 6, 2015

SHARON L. ANDERSON
COUNTY COUNSEL

By: ___/s/_____
D. CAMERON BAKER
Deputy County Counsel
Attorneys for Defendant
CONTRA COSTA COUNTY

**ORDER**

IT IS SO ORDERED.

DATE: January 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge