1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6   CONTRA COSTA COUNTY,                    Case No.  14-cv-00268-MEJ

              Plaintiff,
7
                                           **ORDER FOR STATUS REPORT OR**
8          v.                              **STIPULATION DISMISSING ACTIONS**

9   BARBARA C., EDUCATIONAL RIGHTS
    HOLDER, ON BEHALF OF Q.C.,
10
              Defendant.                   Case No.  14-cv-00269-MEJ
11  CONTRA COSTA COUNTY,

12            Plaintiff,

13         v.

14  CICI C., EDUCATIONAL RIGHTS
    HOLDER, ON BEHALF OF W.B.,
15
              Defendant.                   Case No.  14-cv-00270-MEJ
16  CONTRA COSTA COUNTY,

17            Plaintiff,

18         v.

19  GAIL F., EDUCATIONAL RIGHTS
    HOLDER, ON BEHALF OF G.F.,
20
              Defendant.
21

22

23        In these related cases, Plaintiff Contra Costa County (the "County") sought de novo review

24  of three administrative proceedings brought on behalf of three juveniles (G.F., Q.C., and W.B.)

25  against the Contra Costa County Probation Department pursuant to the Individuals with

26  Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 et seq., and related state laws.  The

27  juvenile Defendants also filed counterclaims.

28        In the related action, *G.F., et. al v. Contra Costa County et. al*, Case No. 3:13-cv-03667

*United States District Court*
*Northern District of California*

1   MEJ (N.D. Cal.), the Court recently granted final approval to a class action settlement between the

2   Named Plaintiffs (i.e., the three juvenile Defendants in the above captioned cases), the settlement

3   class, and the County (as well as the Contra Costa Office of Education).

4        In light of that settlement, the Court **ORDERS** the parties in these related cases to file

5   either a stipulation to dismiss these actions or a joint status report (no longer than 10 pages total)

6   **by February 26, 2016**.

7        **IT IS SO ORDERED.**

8

9   Dated: February 12, 2016

10  _____

11  MARIA-ELENA JAMES
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2