SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY,<br>          Plaintiff/Counterdefendant,<br>v.<br>BARBARA C., EDUCATIONAL RIGHTS HOLDER ON BEHALF OF Q.G.,<br>          Defendant/Counterclaimant.<br>_____<br>CONTRA COSTA COUNTY,<br>          Plaintiff/Counterdefendant,<br>v.<br>CICI C., EDUCATIONAL RIGHTS HOLDER ON BEHALF OF W.B.<br>          Defendant/Counterclaimant.<br>_____<br>CONTRA COSTA COUNTY,<br>          Plaintiff/Counterdefendant,<br>v.<br>GAIL F., EDUCATION RIGHTS HOLDER ON BEHALF OF G.F.,<br>          Defendant/Counterclaimant. | No.   C14-00268 MEJ<br>         C14-00269 MEJ<br>         C14-00270 MEJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS COMPLAINTS AND COUNTERCLAIMS<br><br><br>Crtrm: B, 15th Floor<br>Judge: Hon. Maria-Elena James, Presiding<br>Date Action Filed: January 16, 2014<br>Trial Date:    None Assigned |

STIPULATION AND [PROPOSED] ORDER TO DISMISS - Case Nos. C14-00268 MEJ, C14-00279 MEJ, C14-00270 MEJ

1

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that all the complaints and counterclaims in the above-captioned actions be dismissed in their entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

IT IS SO STIPULATED.

DATE:  February 19, 2016          SHARON L. ANDERSON
                                  COUNTY COUNSEL


                                  By:   */s/ D. Cameron Baker*          ,
                                     D. CAMERON BAKER
                                     Deputy County Counsel
                                     Attorneys for Plaintiff/Counterdefendant
                                     CONTRA COSTA COUNTY

DATE:  February 19, 2016          DISABILITY RIGHTS ADVOCATES


                                  By:   */s/ Mary-Lee K. Smith*          ,
                                     MARY-LEE K. SMITH
                                     Attorneys for Defendants/Counterclaimants
                                     BARBARA C., CICI C. and GAIL F.

**ORDER**

IT IS SO ORDERED.

DATE:  February 22, 2016          _____
                                     MARIA-ELENA JAMES
                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO DISMISS - Case Nos. C14-00268 MEJ, C14-00279 MEJ, C14-00270 MEJ